```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CARMEN TARVAREZ-VARGAS, individually and as the representative of a class of similarly situated persons,

                    Plaintiff,                21-CV-10011 (AJN) (KHP)

     -against-               **INITIAL CASE MANAGEMENT CONFERENCE ORDER CONVERTED TO TELEPHONIC CONFERENCE**

SCHWABE NORTH AMERICA, INC.,

                    Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

This action is scheduled for an Initial Case Management Conference on **Wednesday, February 23, 2022 at 10:15 a.m.** This conference has been converted to a telephonic conference. Counsel is directed to call into the court conference line at the scheduled time. Please dial (866) 434-5269, code: 4858267.

        **Plaintiff is directed to serve this order on the Defendant.**

        SO ORDERED.

DATED:    New York, New York
             February 16, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge